3/3/2025 6:54 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-21-003198
Victoria Benavides

CAUSE NO. D-1-GN-21-003198*
(Consolidated with D-1-GN-21-003203)

FILED IN
3th COURT OF APPEALS
AUSTIN, TEXAS
3/4/2025 9:06:20 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| CITY OF COPPELL, TEXAS; CITY OF HUMBLE, TEXAS; CITY OF DESOTO, TEXAS; CITY OF CARROLLTON, TEXAS; CITY OF FARMERS BRANCH, TEXAS; CITY OF ROUND ROCK, TEXAS | § § § § § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § § | TRAVIS COUNTY, TEXAS |
| Vs. | § § § § | |
| GLENN HEGAR, IN HIS OFFICIAL CAPACITY AS TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, | § § § § § § | |
| *Defendant.* | § § | 201ST JUDICIAL DISTRICT |

COPPELL PLAINTIFFS' NOTICE OF APPEAL

The City of Coppell, Texas, the City of Humble, Texas, the City of DeSoto, Texas, the City of Carrollton, Texas, and the City of Farmers Branch, Texas ("Coppell Plaintiffs") appeal the Final Judgment signed on December 3, 2024, addressing whether rules adopted by the Comptroller of Public Accounts for allocation of local sales tax contravene the Tax Code. The trial court, trial court case number, and style of this matter are shown in the above caption.

Even though the Coppell Plaintiffs believe they received all the relief necessary to declare that the rules they challenged contravene the Tax Code, the Coppell Plaintiffs file this notice because counsel for the Comptroller of Public Accounts insists that the Coppell Plaintiffs did not receive that relief and has advised that the Comptroller of Public Accounts intends to propose rules in response to the December 3, 2024, judgment that the

COPPELL PLAINTIFFS' NOTICE OF APPEAL — PAGE 1

Coppell Plaintiffs believe would directly contravene their understanding of that judgment. Because of that conflict, the first issue in this appeal will be a determination of the meaning of the judgment, either by the Court of Appeals or by this Court on remand from the Court of Appeals, although the judge that signed the judgment is no longer a district court judge. Depending on the resolution of that issue, the Court of Appeals may also need to address whether this Court correctly interpreted the statutory provisions governing the rules at issue in the appeal.

In accordance with Texas Rule of Appellate Procedure 25.1(d)(9), the Coppell Plaintiffs state that this matter is "brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education." TEX. R. APP. P. 25.1(d)(9)(A). Therefore, this appeal is taken to the Court of Appeals for the Fifteenth District of Texas.

As required by Texas Rule of Appellate Procedure 25.1(e) and Texas Civil Practice and Remedies Code § 51.017(a), a copy of this notice of appeal is being served on the court reporter as reflected in the certificate of service below.

**HOLLAND & KNIGHT LLP**

By: /s/ James B. Harris
 James B. Harris
 State Bar No. 09065400
 Stephen F. Fink
 State Bar No. 07013500
 Richard B. Phillips, Jr.
 State Bar No. 24032833
 Reed C. Randel
 State Bar No. 24075780

1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700
Fax: 214.969.1751
E-mail: james.harris@hklaw.com
E-mail: stephen.fink@hklaw.com
Email: rich.phillips@hklaw.com
E-mail: reed.randel@hklaw.com

 Brandon L. King
 State Bar No. 24100613

98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
Telephone: 512.469.6126
Fax: 512.482.5009
E-mail: brandon.king@hklaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 3, 2025, a true and correct copy of the foregoing document has been served pursuant to the Texas Rules of Civil Procedure upon all counsel of record by eservice and on the court reporter at the email address shown below:

Jamie K. Foley
Official Court Reporter
250th Judicial District Court
1700 Guadalupe, 9th Floor
Austin, TX 78701
Jamie.Foley@traviscountytx.gov

By: */s/ James B. Harris*
James B. Harris

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Phillips on behalf of Richard Phillips Jr.
Bar No. 24032833
Rich.Phillips@hklaw.com
Envelope ID: 98014525
Filing Code Description: Notice of Appeal
Filing Description: COPPELL PLAINTIFFS' NOTICE OF APPEAL
Status as of 3/4/2025 8:31 AM CST

Associated Case Party: CITY OF COPPELL TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Reed C.Randel | | reed.randel@hklaw.com | 3/3/2025 6:54:56 PM | SENT |
| Brandon L.King | | brandon.king@hklaw.com | 3/3/2025 6:54:56 PM | SENT |
| James B.Harris | | jim.harris@hklaw.com | 3/3/2025 6:54:56 PM | SENT |
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 3/3/2025 6:54:56 PM | SENT |

Associated Case Party: GLENN HEGAR TEXAS STATE COMPTROLLER OF PUBLIC ACCOUNTS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ray Langenberg | | ray.langenberg@cpa.texas.gov | 3/3/2025 6:54:56 PM | SENT |
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 3/3/2025 6:54:56 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Denise Putnam | | putnam@bourlandlaw.com | 3/3/2025 6:54:56 PM | SENT |
| Steve Sheets | | steve@scrrlaw.com | 3/3/2025 6:54:56 PM | SENT |
| Cindy Bourland | | bourland@bourlandlaw.com | 3/3/2025 6:54:56 PM | SENT |
| Doug Sigel | | doug.sigel@ryanlawyers.com | 3/3/2025 6:54:56 PM | SENT |
| Sinead O'Carroll | | socarroll@reevesbrightwell.com | 3/3/2025 6:54:56 PM | SENT |
| Joyce Goodman | | jgoodman@reevesbrightwell.com | 3/3/2025 6:54:56 PM | SENT |
| Susan Farris | | sfarris@reevesbrightwell.com | 3/3/2025 6:54:56 PM | SENT |
| Bryan Dotson | | Bryan.dotson@chamberlainlaw.com | 3/3/2025 6:54:56 PM | SENT |
| Sherri Rodgers | | sherri.rodgers@hklaw.com | 3/3/2025 6:54:56 PM | SENT |